AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
JUN 17 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:21-MJ-1190
A 2003 silver Honda Civic with GA license plate )
number TAN4502 and Nike Jump Man Backpack, )
as more fully described in Attachment A )
)

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Eastern District of Tennessee *(identify the person or describe property to be searched and give its location)*:

**A 2003 silver Honda Civic with GA license plate number TAN4502 and Nike Jump Man Backpack, as more fully described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 846, 841(a)(1), and the application is based on these facts: **See the Affidavit of FBI Special Agent James J. Doran, which is attached hereto and fully incorporated herein.**

☐ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

James J. Doran, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/15/2021

_____
*Judge's signature*

City and state: Knoxville, Tennessee     Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*